UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BROWARD COUNTY FLORIDA

NADIA PRINCIPATO,                              CASE NO. 05-60226 CIV-MARRA/LYNCH

       Plaintiff,

COSTA CROCIERE S.P.A.,

       Defendant.
_____/

## VERDICT

WE, the JURY, return the following verdict:

1. Was there negligence on the part of COSTA CROCIERE S.P.A. that was the legal cause of injury to NADIA PRINCIPATO?

       Yes __X__       No _____

If your answer to question number 1 is NO, your verdict is for the Defendant, and you should proceed no further except to sign and date this verdict form, and return it to the court room. If you answered YES to question 1, please answer Question number 2.

2. Was there negligence on the part of NADIA PRINCIPATO which was the legal cause of her injury?

       Yes _____       No __X__

If your answer to either question #2 is "Yes", please answer question #3. If your answer to questions #2 is "No", skip question #3 and answer question #4.

3. State the percentage of any negligence, which was the legal cause of injury to Plaintiff NADIA PRINCIPATO, that you charged to:

1

Defendant COSTA CROCIERE, S.P.A.      100      %

Plaintiff, NADIA PRINCIAPTO      0      %

Total must be 100%

4. What is the total amount of damages sustained by NADIA PRINCIPATO that were legally caused by the accident of February 18, 2004 for the following:

  A) Medical expenses in the past $ 19,542.19

  B) Medical expenses in the future $ 0

  C) Pain and suffering, disability, physical impairment, mental anguish, inconvenience, or loss of capacity for the enjoyment of life.

  a) in the past? $ 17,500

  b) in the future? $ 0

In determining the amount of damages do not make any reduction because of negligence, if any, of NADIA PRINCIPATO if you have found such negligence to any degree, the court in entering judgment will reduce such total amount of damages by the percentage of negligence which you have found properly chargeable.

SO SAY WE ALL, at Broward County, Florida this 21 day of March, 2006.

Foreperson _____