UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NADIA M. PRINCIPATO,    CASE NO. 05-60226 CIV-MARRA/GONZALEZ

    Plaintiff,

COSTA CROCIERE S.P.A.,

    Defendant.
_____/

### FINAL JUDGMENT FOR PLAINTIFF

Pursuant to the jury verdict rendered in this action IT IS ADJUDGED that plaintiff, Nadia Principato, recover from defendant, Costa Crociere S.P.A., the sum of $37,042.19 that shall bear interest at the rate of 4.93 % a year for which let execution issue. Further, this Court reserves jurisdiction to award costs and hear post trial motions.

ORDERED in Fort Lauderdale, Florida, on March 23, 2007.

                              Judge Jose A. Gonzalez, Jr.

cc: Robert C. Gross, Esq.
    Richard McAlpin, Esq.