UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NADIA PRINCIPATO,  CASE NO. 05-60226 CIV-MARRA/GONZALEZ

    Plaintiff,

COSTA CROCIERE S.P.A.,

    Defendant.
_____/

## ORDER REGARDING DISPERSAL OF JUDGMENT SUMS AND RELATED DETAILS

**THIS CAUSE** having come before this Honorable Court upon the PLAINTIFF counsels motion of April 9, 2007 for dispersal, and after hearing from the Plaintiff as to her objections and being otherwise advised in the premises, it is hereupon

**ORDERED AND ADJUDGED THAT THIS MOTION IS GRANTED;**

1. The MOTION AUTHORIZING DISPERSAL OF FINAL JUDGMENT SUMS is granted as it this the finding of this court that the Closing Statement (exhibit 2 to the motion) accurately reflects reasonable costs expended by the Plaintiff's attorneys, attorney fees, and lien sums.

2. The Defendant, COSTA CROCIERE S.P.A., shall promptly reissue the judgment draft in the sum of $37,042.19 (exhibit 1 to the motion) to be payable to ROBERT C. GROSS P.A. only (and no other entity or person).

3. That upon the subject funds clearing the trust account of Robert C. Gross P.A., that ROBERT C. GROSS P.A. shall disperse to all entities and persons the sums

1

Principato v. Costa Crociere SA Case # 05-60226 Civ- MARRA/GONZALEZ

3. Upon the check (judgment draft) clearing the trust account of Robert C. Gross P.A., the sums due to the plaintiff of $7,265.39 from that check shall be sent to the residence of the plaintiff.

4. When the defendant's check for costs in the amount of $1,734.80 is received by plaintiff's counsel, he shall endorse it for his firm and mail it directly to the plaintiff for her sole use.

**DONE AND ADJUDGED** in chambers at Broward County, Florida this 23rd day of April, 2007.

Jose A. Gonzalez, Jr.
US District Judge

Copies provided to:

Counsel of Record