UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by _____ D.C.
APPEAL
APR 2 5 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Nadia M. Principato

Plaintiff/Petitioner,

CASE NO. 05-60226-civ-MArrA

USCA NO. _____

V.

Carnival Co ,

Defendant/Respondent,

_____/

### CLERK'S NOTICE OF RECEIPT OF APPEAL FILING FEE

The Clerk notifies the Court that on 04/23/07 the filing fee of $ 455.00 was received, receipt number 958401 .

DONE at the Federal Courthouse Square, Miami, Florida, this 24th day of April, 2007.

**CLARENCE MADDOX**
Court Administrator•Clerk of Court

By: _____
Deputy Clerk

c: US Court of Appeals 11th Circuit
   Appellant

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
301 NORTH MIAMI AVE ROOM 150
MIAMI, FLORIDA 33128

NADIA M. PRINCIPATO             Case No. 05-60226 CIV-MARRA/GONZALEZ
ANTONIO PRINCIPATO              File Ref # 1735-9455
  Plaintiff

VS.

CARNIVAL CORPORATION
COSTA CROCIERE,S.P.A
COSTA CRUISE LINES.N.V
  Defendant

## NOTICE OF APPEAL TO COURT OF APPEALS

Notice is hereby given that I, Nadia Principato, hereby appeal to the United States Court of Appeals for the Eleven Circuit from a final judgment entered in this action on March 23, 2007.

*Nadia Principato*

NADIA PRINCIPATO
15 Griffith Lane
Huntington, N.Y. 11743
631-424-3336

4/19/2007

```
Mon Apr 23 10:46:42 2007

    UNITED STATES DISTRICT COURT
    MIAMI           , FL

 Receipt No.   100 95849:
 Cashier         troy

 Check Number:  1154

 DD Code    Div No
  4680        1

 Sub Acct Type Tender       Amount
 1:086900  N     2         255.00
 2:086400  N     2         240.00

 Total Amount    $         455.00

 NADIR PRINCIPATO

 NTC OF APPEAL 05CV60226/MARRA/GONZALEZ C
 KN1154
```